UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CIVIL ACTION NO.: 2:18-CV-0011-D

FRISCO AMUSEMENTS, LLC,            )
                                   )
            Plaintiff,             )
                                   )
    v.                             )
                                   )
PCL CONSTRUCTION SERVICES, INC.,   )
                                   )
            Defendant.             )
_____)

**ORDER**

On April 3, 2018, Plaintiff filed a motion for an interim order staying or extending the

deadlines in the above-captioned case, pending Court approval and opt out period for a pending

proposed consolidated class action settlement in a related case, *In re: Outer Banks Incident*

*Litigation*, Master File No.: 4:17-CV-141-D. Plaintiff is a potential class member in the Master

Class Action, and a potential beneficiary of any settlement ultimately approved by the Court.

Defendant in this case moved to dismiss on March 29, 2018. Plaintiff's response brief is

currently due by April 19, 2018. Defendant consents to Plaintiff's Motion to Stay.

For good cause shown, the Court hereby orders all proceedings stayed pending resolution

of the proposed master class action settlement in *In re: Outer Banks Incident Litigation*, Master

File No.: 4:17-CV-141-D, and any subsequent period Plaintiff would have to opt out of any class

which may be certified by this Court.

SO ORDERED. This _6_ day of April 2018.

JAMES C. DEVER III
Chief United States District Judge